**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

CHRISTOPHER MONGIELLO,

                            Debtor.
-------------------------------------------------------------------X
CHRISTOPHER MONGIELLO,

                          Appellant,                        24 **CIVIL** 694 (CS)

           -against-                                  **JUDGMENT**

TIFFANY BROOK EASTMAN,

                          Appellee.
-------------------------------------------------------------------X

        It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated January 17, 2025, the Bankruptcy Court's January 19, 2024 Order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
            January 21, 2025

                                                                  **TAMMI M. HELLWIG**

                                                                  **Clerk of Court**
                            **BY:**     *K. Mango*
                                                                  **Deputy Clerk**